**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KHALID MOHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE KING CITY POLICE DEPARTMENT,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00615  NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth Labson Freeman to determine whether it is related to 5:16-cv-02903 BLF, Mohammad v. The King City Police Department.

　　IT IS SO ORDERED.

Date:  February 8, 2017

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge